**A. Kneisel et al., v. Ursus Motor Company et al.**

**Chicago Title & Trust Company, receiver of Ursus Motor Company, appellee, v. Frank A. Helmer et al., appellants. Gen. No. 29,496.**

Petition for allowance for legal services. Petition dismissed. Appeal from the Circuit Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Affirmed. Opinion filed October 6, 1925.

Frank A. Helmer, Frank I. Moulton, Lloyd C. Whitman, Roland D.

Whitman and Charles R. Holton, *pro se*, for appellants. Angus Roy Shannon, Michael Feinberg and Hamilton Moses, for appellee.

Mr. Justice Gridley delivered the opinion of the court.